IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VERNESSA SMITH ARNOLD
#7658-12                                                                    PLAINTIFF

v.                          No. 4:12-cv-347-DPM-JJV

CARL JOHNSON, Dr. Pulaski
County Detention Facility; *et al.*                         DEFENDANTS

### ORDER

The Court has considered Magistrate Judge Joe J. Volpe's proposed findings and recommendations, *Document No. 10*, and Arnold's objections, *Document No. 11*. On *de novo* review, the Court adopts Judge Volpe's recommendation as its own. FED. R. CIV. P. 72(b)(3). Defendants Johnson, Holladay, and Brawley are dismissed from this action for Arnold's failure to state a claim upon which relief may be granted. FED. R. CIV. P. 12(b)(6).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2012