# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**VERNESSA SMITH ARNOLD**                                              **PLAINTIFF**

v.                              No. 4:12-cv-347-DPM

**CARL JOHNSON, Dr., Pulaski County
Detention Facility; CATHY SMITH, Nurse,
Pulaski County Detention Facility; DOC
HOLLADAY, Sheriff, Pulaski County
Detention Facility; and BRAWLEY,
Grievance Officer, Pulaski County
Detention Facility**                                                   **DEFENDANTS**

## JUDGMENT

Arnold's claims against Brawley, Doc Holladay, and Dr. Carl Johnson are dismissed without prejudice for failure to state a claim. № 12. Arnold's claims against Smith are dismissed with prejudice. All claims having been adjudicated, Arnold's case is dismissed.

*[signature]*

D.P. Marshall Jr.
United States District Judge

6 November 2013